UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-60482-JAL

JULIUS SEILER,

    Plaintiff,

vs.

K.K.S. REALTY, L.L.C.
d/b/a MARATHON GAS,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, JULIUS SEILER, and Defendant, K.K.S. REALTY, L.L.C. d/b/a MARATHON GAS, by and through the undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above referenced action with prejudice, as the parties have amicably settled this matter.

AGREED and STIPULATED on this 10th day of May, 2016.

| | |
|---|---|
| */s/ Jessica L. Kerr*_____ | */s/ Jonathan S. Minick*_____ |
| Jessica L. Kerr, Esquire | Jonathan S. Minick, Esquire |
| Florida Bar No. 92810 | Florida Bar No. 88743 |
| **J & M ADVOCACY GROUP, LLC** | **JONATHAN S. MINICK, P.A.** |
| Presidential Circle | 1850 SW 8th Street, Ste. 307 |
| 4000 Hollywood Blvd., Ste. 435 So. | Miami, Florida 33135 |
| Hollywood, FL 33021 | Telephone: (786) 441-8909 |
| Telephone: (954) 962-1166 | Facsimile: (786) 523-0610 |
| Facsimile: (954) 962-1779 | Email: jminick@jsmlawpa.com |
| Email: jessica@jmadvocacygroup.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of May 2016, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that

the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Jessica L. Kerr_____
Jessica L. Kerr, Esquire
